UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RCC Ventures, LLC<br><br>                                Plaintiff,<br><br>-against-<br><br>Brandtone Holdings Limited<br><br>                              Defendant. | Civil Action No.: 1:17-cv-01585-GHW<br><br>REQUEST TO ENTER DEFAULT JUDGMENT |

To:    Ruby J. Krajick
         United States District Court
         Southern District Court of New York

      Please enter the default judgment of defendant Lattice Biologics, Inc. pursuant to Rule 55(a) of the Fed. R. Civ. P. for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached Declaration of Robert Garson for Judgment by Default.

Dated: June 27, 2017
       New York, New York

                                            Respectfully Submitted,

                                            GARSON, SEGAL,
                                            STEINMETZ, FLADGATE LLP
                                            *Attorneys for Plaintiff*

                            By:       /s/
                                     Robert Garson (RG-1521)
                                     164 West 25th Street Suite 11R
                                     New York, NY 10001
                                     Telephone: (212) 380-3623
                                     Facsimile: (347) 537-4540
                                     Email: rg@GS2Law.com