UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RCC VENTURES, LLC<br><br>                                           Plaintiff,<br>-against-<br><br>BRANDTONE HOLDINGS LIMITED<br><br>                                           Defendant. | Civil Action No.: 1:17-cv-01585-GHW<br><br>**<u>DECLARATION OF ROBERT GARSON IN SUPPORT OF ENTRY OF JUDGMENT BY DEFAULT</u>** |

I, Robert Garson, hereby declare under penalty of perjury:

1.      I am a member of the Bar of this Court and am the Managing Partner of the firm of Garson, Segal, Steinmetz, Fladgate LLP, attorneys for plaintiff, RCC Ventures, LLC ("RCC" or "Plaintiff") in the above-entitled action and I am familiar with all the facts and circumstances in this action.

2.      I make this declaration pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of Plaintiff's application for the entry of a default judgment against defendant.

3.      This action was commenced against Brandtone Holdings Limited ("Defendant") by Summons and Complaint on March 2, 2017.  (Dkt. 1).  On March 6, 2017, Plaintiff filed its first Amended Complaint electronically.  (Dkts 7-8).  A copy of the Summons and Amended Complaint was served on Defendant on March 23, 2017 by personal service made on Nancy Dougherty, the authorized agent in the Office of the Secretary of State of the State of New York.  (Dkt. 10.)  *See* "Docket Text" section.

4.      Defendant's answer was due on April 13, 2017.  (Dkt. 10).  *See* "Docket Text" section.

1

5. The time for Defendant to answer or otherwise move with respect to the Amended Complaint has expired.

6. Defendant has not answered or moved with respect to the Amended Complaint, and the time for Defendant to do so has not been extended.

7. Defendant is a corporate entity and, as such, is not a minor or mentally incompetent. Similarly, Defendant is not presently in the military service of the United States.

**WHEREFORE**, Plaintiff, RCC Ventures, LLC, requests that the entry of default of Defendant, Brandtone Holdings Limited, be noted and a certificate of default issued.

Dated: New York, New York
June 27, 2017

>
> Respectfully submitted,
> **GARSON, SEGAL,
> STEINMETZ, FLADGATE LLP**
> *Attorneys for Plaintiff*
>
> BY: _____/s/_____
> Robert Garson (RG-1521)
> 164 West 25th Street Suite 11R
> New York, NY 10001
> Telephone: (212) 380-3623
> Facsimile: (347) 537-4540
> Email: rg@GS2Law.com