UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RCC VENTURES, LLC<br><br>                                  Plaintiff,<br><br>- against -<br><br>BRANDTONE HOLDINGS LIMITED<br><br>                                  Defendant. | Civil Action No.: 1:17-cv-01585-GHW<br><br>**CLERK'S**<br>**CERTIFICATE OF DEFAULT** |

    I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 2, 2017 with the filing of a summons and complaint.  On March 6, 2017, plaintiff filed its first amended complaint electronically.  (Dkts. 7-8).  A copy of the summons and amended complaint was served on defendant, Brandtone Holdings Limited, by personally serving Nancy Dougherty, the authorized agent in the Office of the Secretary of State of the State of New York.  An affidavit of Service was filed electronically on March 31, 2017. (Dkt. 10).

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendant is hereby noted.

Dated:  New York, New York
              _____, 2017

                                  RUBY J. KRAJICK
                                  Clerk of Court


                    By: _____
                              Deputy Clerk