USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RCC VENTURES, LLC

                         Plaintiff,

- against -

BRANDTONE HOLDINGS LIMITED

                         Defendant.

Civil Action No.: 1:17-cv-01585-GHW

**CLERK'S
CERTIFICATE OF DEFAULT**

    I, Ruby J. Krajick, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on March 2, 2017 with the filing of a summons and complaint. On March 6, 2017, plaintiff filed its first amended complaint electronically. (Dkts. 7-8). A copy of the summons and amended complaint was served on defendant, Brandtone Holdings Limited, by personally serving Nancy Dougherty, the authorized agent in the Office of the Secretary of State of the State of New York. An affidavit of Service was filed electronically on March 31, 2017. (Dkt. 10).

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
          July 6, 2017

                                      RUBY J. KRAJICK
                                      Clerk of Court

                          By: _____
                               Deputy Clerk