```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

RCC VENTURES, LLC,

        Plaintiff,

  -against-

BRANDTONE HOLDINGS LIMITED,

        Defendant.
-----------------------------------------------------------X

Civil Action No.: 1:17-CV-01585-GHW

**ORDER TO SHOW CAUSE FOR DEFAULT JUDGMENT AGAINST BRANDTONE HOLDINGS LIMITED**

  Upon the Declaration of Chris Han dated 14th day of July, 2017; and upon the copy of the Complaint hereto annexed and the exhibits thereto; and the accompanying Memorandum of law, it is

  **ORDERED**, that the above named defendant BRANDTONE HOLDINGS LIMITED show cause before a motion term of this Court, at Room 12C, United States Courthouse, 500 Pearl Street in the City, County and State of New York on August 11, 2017 at 4:30 o'clock in the after noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 55(b) of the Federal Rules of Civil Procedure in favor of plaintiff RCC VENTURES, LLC for the following relief:

    i. Pursuant to FRCP Rule 55(b)(2), directing that a default judgment, as to liability, be entered against defendant BRANDTONE HOLDINGS LIMITED; and

    ii. That the inquest to determine the level of damages is not necessary.

and it is further

  **ORDERED** that at a copy of this order, together with the papers upon which it is granted, be personally served upon the defendant or its attorney on or before July 20, 2017 [and that such service be deemed good and sufficient.] ee

ORDERED that any opposition be filed via ECF no later than August 7, 2017.

DATED: July 14, 2017
New York, New York

_____
United States District Judge